# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARK THOMAS, JR.,<br><br>           Plaintiff(s),<br><br>vs.<br><br>LVMPD, et al.,<br><br>           Defendant(s). | Case No. 2:16-cv-03019-JAD-NJK<br><br>**ORDER** |

Plaintiff is proceeding in this action *pro se*, and submitted a complaint in an effort to initiate this case. Docket No. 1. Plaintiff has not, however, submitted the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. In order to proceed with his case, Plaintiff must either pay the filing fee or submit the affidavit required by § 1915 showing an inability to prepay fees and costs or give security for them.

Accordingly, **IT IS ORDERED:**

1. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file an Application to Proceed *in Forma Pauperis*.
2. The Clerk of the Court shall send Plaintiff a blank application form.
3. Plaintiff must comply with this order no later than January 25, 2017. Failure to comply will result in a recommendation to the District Judge that this case be dismissed for failure to comply with this order.

Dated: January 4, 2017

                                                                       NANCY J. KOPPE<br>
                                                                       United States Magistrate Judge