1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK THOMAS, JR.,                                )<br>                                Plaintiff(s),       )<br>                                                )<br>vs.                                              )<br>                                                )<br>LVMPD, et al.,                                   )<br>                                                )<br>                                Defendant(s).    )<br>_____ ) | Case No. 2:16-cv-03019-JAD-NJK<br><br>**ORDER** |

On February 13, 2017, the undersigned recommended that this case be dismissed with prejudice because Plaintiff's allegation of poverty made in his application to proceed *in forma pauperis* was untrue. Docket No. 7. The undersigned further noted that Plaintiff's failure to update his address with the Court constituted separate grounds for dismissal with prejudice. *Id.* at 2 n.1 (citing Local Special Rule 2-2).

On March 3, 2017, the Court ordered Plaintiff to update his address. Docket No. 9. In light of the pending report and recommendation, this latter order was not necessary and is hereby **VACATED**.

IT IS SO ORDERED.

Dated: March 6, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE